441 A.2d 770

Escarte, Appellants v. Albert M. Greenfield & Co., et al.

 Argued September 8, 1980. Marvin W. Factor, for appellants; Joseph S. Finkelstein, for Greenfield, appellee; Henry I. Jacobson, for Rothstein, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.

---

441 A.2d 770

Fisher, Appellant v. Burlington, Ind., Inc.
Petition for Allowance of Appeal Denied July 26, 1982.

 Argued June 12, 1980. Donald E. Matusow, for appellant; William C. Foster, for appellee.

Before WICKERSHAM, WATKINS and LIPEZ, JJ.

Judgment affirmed on the opinion of the court below.